**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JUAN MENDOZA-CORRALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                         )<br>       PLAINTIFF,                         )<br>                                                         )<br>       v.                                              )<br>                                                         )<br>JUAN  MENDOZA-CORRALES,  )<br>   et al.,                                            )<br>                                                         )<br>       DEFENDANTS.                  )<br>_____ ) | CR.-S-08-454-JAM<br><br>STIPULATION AND ORDER CONTINUING THE JUDGMENT AND SENTENCING DATE AND SETTING A STATUS CONFERENCE /POTENTIAL JUDGMENT AND SENTENCING DATE OF TUESDAY OCTOBER 27, 2009 |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael Beckwith and defendant, Mr. Juan Mendoza-Corrales, by his attorney, Mr.  James R. Greiner, hereby stipulate and agree that the current Court date of Tuesday, September 8, 2009, can be vacated by the Court. The parties agree and stipulate that a status conference/potential judgment and sentencing date of Tuesday, October  27, 2009, can be set by the Court.

    As of August 19, 2009, Mr. Juan Mendoza-Corrales  had a new attorney appointed to represent him in this matter. (See Docket # 141)

    The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure the Court's calendar was available for judgment and sentence on that date and the

1

1 | Court is available on Tuesday, October 27, 2009.

2 |     It is so stipulated and agreed.

```
                            LAWRENCE G. BROWN
                            ACTING UNITED STATES ATTORNEY

                            /s/ Michael Beckwith by telephone  authorization
DATED: 9-01-09              _____
                            Michael Beckwith
                            ASSISTANT UNITED STATES ATTORNEYS
                            ATTORNEYS FOR THE PLAINTIFF


DATED: 9-01-09              /s/ James R. Greiner
                            _____
                            James R. Greiner
                            Attorney for Defendant
                            Jeremy Vaughan
```

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 2, 2009.

```
                /s/ John A. Mendez
                JOHN A. MENDEZ
                UNITED STATES
                DISTRICT COURT JUDGE
```

2