**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JUAN MENDOZA-CORRALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-454-JAM |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER CONTINUING THE |
| ) | JUDGMENT AND SENTENCING |
| v. ) | DATE AND SETTING A STATUS |
| ) | CONFERENCE /POTENTIAL |
| JUAN MENDOZA-CORRALES, ) | JUDGMENT AND SENTENCING |
| et al., ) | DATE OF TUESDAY |
| ) | JANUARY 26, 2010 |
| DEFENDANTS. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael Beckwith and defendant, Mr. Juan Mendoza-Corrales, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current Court date of Tuesday, October 27, 2009, at 9:30 a.m., can be vacated by the Court. The parties agree and stipulate that a status conference/potential judgment and sentencing date of Tuesday, January 26, 2010, at 9:30 a.m., can be set by the Court.

    As of August 19, 2009, Mr. Juan Mendoza-Corrales had a new attorney appointed to represent him in this matter. (See Docket # 141)

    The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure the Court's calendar was available for judgment and sentence on that date and the

1

Court is available on Tuesday, January 26, 2010.

It is so stipulated and agreed.

                                LAWRENCE G. BROWN
                                ACTING UNITED STATES ATTORNEY

                                /s/ Michael Beckwith by e mail authorization

DATED: 10-21-09
                                Michael Beckwith
                                ASSISTANT UNITED STATES ATTORNEYS
                                ATTORNEYS FOR THE PLAINTIFF

DATED: 10-21-09                  /s/ James R. Greiner
                                James R. Greiner
                                Attorney for Defendant
                                Juan Mendoza-Corrales

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 21, 2009.

                                /s/ John A. Mendez
                                **JOHN A. MENDEZ**
                                **UNITED STATES**
                                **DISTRICT COURT JUDGE**