**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JUAN MENDOZA-CORRALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR.-S-08-454-JAM |
|              PLAINTIFF,              ) | STIPULATION AND ORDER CONTINUING THE JUDGMENT AND SENTENCING DATE AND SETTING A STATUS CONFERENCE /POTENTIAL JUDGMENT AND SENTENCING DATE OF TUESDAY MAY 11, 2010 |
|              v.                      ) | |
| JUAN MENDOZA-CORRALES, et al.,       ) | |
|              DEFENDANTS.             ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael Beckwith and defendant, Mr. Juan Mendoza-Corrales, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current Court date of **Tuesday, April 20, 2010**, at 9:30 a.m., can be vacated by the Court. The parties agree and stipulate that a status conference/potential judgment and sentencing date of **Tuesday, May 11, 2010**, at 9:30 a.m., can be set by the Court.

    The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure the Court's calendar was available for judgment and sentence on that date and the Court is available on **Tuesday, May 11, 2010.**

    The time is needed by the defense for further legal research the issues

1

regarding sentencing of the defendant that have been brought up by the government.

It is so stipulated and agreed.

DATED: 4-16-10

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Michael Beckwith by e mail authorization

_____
Michael Beckwith
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 4-16-10

/s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant
Juan Mendoza-Corrales

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: APRIL 16, 2010.

/s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**

2

3